**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **SERGEANT AARON GREEN**, <br><br> *Plaintiff* <br><br> v. <br><br> **CITY OF PHILADELPHIA,** <br><br> *Defendant* | Case No. 2:19-cv-03156-JDW |

## ORDER

AND NOW, this 23rd day of December, 2020, upon consideration of Defendant City of Philadelphia's Motion For Summary Judgment (ECF No. 24), Plaintiff Sergeant Aaron Green's Response thereto (ECF No. 27), Defendant's Reply (ECF No. 28), and Plaintiff's Sur-Rely (ECF No. 29), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Plaintiff's Motion for Summary Judgement is **GRANTED**.  Pursuant to Fed. R. Civ. P. 56, **JUDGMENT** is **ENTERED** in favor of Defendant and against Plaintiff.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT**:

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge